Opinion of the Court.

THOMAS HOGAN *v.* JOHN HOGAN.

Gifts—Gratuitous Promise.
    The alleged promise by appellee to appellant to give him all he could
    make by attending to the suit was gratuitous and could not be enforced.

APPEAL FROM WARREN CIRCUIT COURT.

June 23, 1868.

OPINION OF THE COURT BY JUDGE ROBERTSON:

It being equally the duty of each partner to attend to the
collection of the Herrigan debt the alleged promise by the appellee
to the appellant to give him all he could make by attending to
the suit for it, was gratituous and could not be enforced.

The circuit court therefore did not err in either instructing or
refusing to instruct the jury.

And therefore, the credits claimed by the appellant having been
conceded, the verdict was authorized by the law and the facts.

Wherefore the judgment is *affirmed.*

*Wilkins, for appellant.*